Peter H. Barlow, #7808
Andrew D. Day, #13683
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Defendant Logan Mackay*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE ESTATE OF EDGAR RIECKE; SARAH EARLY, individually and as an heir of Edgar Riecke; KATIE RIECKE, individually and as an heir of Edgar Riecke; and JEFF RIECKE, individually and as an heir of Edgar Riecke,<br><br>Plaintiff,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA; a Texas non-profit corporation; TRAPPER TRAILS COUNCIL, BOY SCOUTS OF AMERICA, a Utah non-profit corporation; THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, A Utah non-profit corporation; LOGAN MACKAY, individually and in a representative capacity, DAVID MICHELSON, individually and in a representative capacity, by and through his parents SCOTT MICHELSON and ANTONIA MICHELSON; MARC ANDERSON, individually and in a | **OFFER OF JUDGMENT OF LOGAN MACKAY**<br><br>Civil Action No. 2:16-cv-01044<br><br>Judge: |

| | |
|---|---|
| representative capacity; GREG DAY, individually and in a representative capacity; MATT DAY, individually and in a representative capacity; BRAD EWELL, individually and in a representative capacity; and CLARK MARTIN, individually and in a representative capacity.<br><br>                        Defendants. | |

Defendant Logan Mackay, by and through counsel of record, Strong & Hanni, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby submits this Offer of Judgment to Plaintiffs. Through this Offer of Judgment, Defendant Logan Mackay offers to resolve any and all claims by Plaintiffs in the above-captioned action for the all-inclusive sum of $300,000.00 (Three Hundred Thousand and No/100 Dollars).

Pursuant to Rule 68 F.R.C.P., if Plaintiffs fail to accept this Settlement Offer within fourteen (14) days of this offer and the "adjusted award" (as that term is defined in Rule 68) is less than $300,000, Plaintiffs are hereby notified that Defendant Logan Mackay intends to seek all costs, fees and/or other benefits as allowed under Rule 68.

Dated this 31st day of October, 2016.

                                        STRONG & HANNI,

                                        *Peter H. Barlow*
                                        _____
                                        Peter H. Barlow, Esq.
                                        *Attorneys for Defendant Logan Mackay*

CERTIFICATE OF SERVICE

       I hereby certify that on this 31st day of October, 2016, a true and correct copy of the foregoing was served by the method indicated below, to the following:

| | |
|---|---|
| Byron L. Ames | (  ) U.S. Mail, Postage Prepaid |
| **AMES & AMES, LLP** | (  ) Hand Delivered |
| 210 N. Main Street | (  ) Overnight Mail |
| Kamas, UT   84036 | (  ) Facsimile |
| Bames@amesfirm.com | (X) Electronically filed |

                                                */s/ Marsha Mann*

004349.00233