MICHAEL F. SKOLNICK - #4671
mfskolnick@kippandchristian.com
GARY T. WIGHT - #10994
gwight@kippandchristian.com
KIPP AND CHRISTIAN, P.C.
10 Exchange Place, Fourth Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-3773
*Attorneys for Defendants*
*Boy Scouts of America and Trapper Trails Council, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF EDGAR RIECKE; SARAH EARLY, individually and as an heir of Edgar Riecke; KATIE RIECKE, individually and as an heir of Edgar Riecke; and JEFF RIECKE, individually and as an heir of Edgar Riecke,<br><br>Plaintiffs,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA; a Texas non-profit corporation; TRAPPER TRAILS COUNCIL, BOY SCOUTS OF AMERICA; a Utah non-profit corporation; THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah nonprofit corporation; LOGAN MACKAY, individually and in a representative capacity, DAVID MICHELSON, individually and in a representative capacity, by and through his parents SCOTT MICHELSON and ANTONIA MICHELSON; MARC ANDERSON, individually and in a representative capacity; GREG DAY, individually and in a representative capacity; MATT DAY, individually and in a representative capacity; BRAD EWELL, individually and in a representative capacity; and CLARK MARTIN, individually and in a representative capacity,<br><br>Defendants. | **DEFENDANT BOY SCOUTS OF AMERICA'S ANSWER TO DAVID MICHELSON'S CROSSCLAIM**<br><br>Civil No. 2:16-01044<br><br>Judge Jill N. Parrish |

Defendant and Cross Claim Defendant Boy Scouts of America ("BSA"), by and through counsel, respond as follows to Defendant/Cross Claimant David Michelson's ("Michelson") Cross Claim:

1. BSA incorporates herein its responses to the allegations contained in BSA's Answer to Plaintiff's First Amended Complaint.

2. BSA objects to Michelson's purported incorporation of "the assertions, responses and defenses contained in defendant's Answer to the First Amended Complaint," to the extent Michelson is attempting to assert a cross claim based on said unspecified "assertions, responses and defenses." Fed.R.Civ.P. 8(a) requires that a pleading that states a claim for relief must contain short and plain statements of, among other things, the claim showing that the pleader is entitled to relief. Michelson's attempt to incorporate "assertions, responses and defenses" contained in Michelsen's Answer does not meet this requirement. To the extent BSA is required to respond to paragraph 2 of Michelson's Cross Claim, BSA denies any "assertions, responses and defenses" contrary to BSA's Answer in this case.

3. Deny that BSA was "responsible for the Cross Claimant's activities on October 11, 2104," and deny Michelson is entitled to indemnification by BSA.

WHEREFORE, having answered Michelson's Cross Claim, BSA requests as follows:

1. Michelson be placed upon the special verdict form at trial for an apportionment of fault;

2. Michelson's Cross Claim against BSA be dismissed with prejudice, and upon the merits;

3. BSA be awarded its attorney's fees and costs in defending against Michelson's Cross Claim; and

4. The Court order such other relief as it deems just and proper.

DATED this 4th day of January, 2016.

        KIPP AND CHRISTIAN, P.C.

/s/ Michael F. Skolnick
MICHAEL F. SKOLNICK
GARY T. WIGHT
*Attorneys for Defendants Boy Scouts of America and Trapper Trails Council, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2017 a true and correct copy of the foregoing **DEFENDANTS BOY SCOUTS OF AMERICA'S ANSWER TO DEFENDANT DAVID MICHELSON'S ANSWER** was served by the method indicated below, to the following:

| | |
|---|---|
| Byron L. Ames<br>AMES & AMES, LLP<br>210 N. Main Street<br>Kamas, UT   84036<br>*Attorneys for Plaintiff* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) Electronically filed |
| M. Caleb Meyer<br>Adam M. Royval<br>MESSNER REEVES LLP<br>1430 Wynkoop Street, Suite 300<br>Denver, CO   80202<br>*Attorneys for Plaintiff* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) Electronically filed |
| Peter H. Barlow<br>Andrew D. Day<br>STRONG & HANNI<br>102 South 200 East, Suite 800<br>Salt Lake City, Utah   84111<br>*Attorneys for Defendant Logan Mackay* | (  ) U. S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) Electronically filed |
| Lloyd R. Jones<br>PETERSEN & ASSOCIATES<br>230 South 500 East<br>Suite 400<br>Salt Lake City, Utah   84102<br>*Attorneys for Defendant David Michaelson* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) Electronically filed |
| David S. Bridge<br>Dustin D. Gibb<br>SCALLEY READING BATES HANSEN &<br>RASMUSSEN, P.C.<br>15 West South Temple, Suite 600<br>Salt Lake City, Utah   84101<br>*Attorneys for Defendant Matt Day* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile<br>(X) Electronically filed |

_____
<u>Riecke v. BSA, et al.</u>
BSA's Answer to Michelson's Cross Claim                4

| | |
|---|---|
| Cameron M. Hancock | (  ) U.S. Mail, Postage Prepaid |
| Swen R. Swenson | (  ) Hand Delivered |
| Jackie Bosshardt | (  ) Overnight Mail |
| KIRTON McCONKIE | (  ) Facsimile |
| Kirton McConkie Building | (X) Electronically Filed |
| 50 East South Temple, 4th Floor | |
| Salt Lake, City, Utah   84111 | |
| *Attorneys for Greg Day, Corporation of The President of the Church of Jesus Christ of Latter-day Saint, Marc Anderson, Brad Ewell, Clark Martin* | |

KIPP AND CHRISTIAN, P.C.

*/s/ Nancy Paez*

_____
Nancy Paez, Assistant to Michael F. Skolnick

_____
<u>Riecke v. BSA, et al.</u>
BSA's Answer to Michelson's Cross Claim    5