David S. Bridge (9077)
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: dbridge@scalleyreading.net

*Attorneys for Defendant Matt Day*

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DIVISION, DISTRICT OF UTAH

| | |
|---|---|
| THE ESTATE OF EDGAR RIECKE; SARA EARLY, individually and as an heir of Edgar Riecke; KATIE RIECKE, individually and as an heir of Edgar Riecke; and JEFF RIECKE, individually and as an heir of Edgar Riecke,<br><br>Plaintiffs,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA; TRAPPER TRAILS COUNCIL, BOY SCOUTS OF AMERICA; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; LOGAN MACKAY; DAVID MICHELSON by and through his parents SCOTT MICHELSON and ANTONIA MICHELSON; MARC ANDERSON; GREG DAY; MATT DAY; BRAD EWELL; and CLARK MARTIN.<br><br>Defendants. | **AMENDED NOTICE OF SETTLEMENT OF CLAIMS AGAINST MATT DAY**<br><br>Civil No. 2:16-CV-01044-JNP-PMW<br><br>Judge Jill N. Parrish<br>Magistrate Judge Paul M. Warner |

Defendant Matt Day ("Defendant"), by and through his counsel of record, hereby notifies

1

the Court that the parties are waiting for settlement funds to clear Plaintiffs' counsel's account and at that point will file dismissal documents. It is anticipated dismissal documents will be filed within the next few weeks.

Dated this 30th day of April, 2018.

                                        **SCALLEY READING BATES**
                                        **HANSEN & RASMUSSEN, P.C.**

                                        /s/ David S. Bridge
                                        David S. Bridge
                                        *Attorneys for Defendant Matt Day*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2018, I caused a true and correct copy of the foregoing **AMENDED NOTICE OF SETTLEMENT OF CLAIMS AGAINST MATT DAY** to be served via CM/ECF to all counsel of record

                                                            /s/ David S. Bridge